[No. 11377-1-I.   Division One.   July 27, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MORRIS
BONO, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-1-00139-9, John F. Wilson, J., entered February 25, 1982. *Affirmed* by unpublished

opinion per Ringold, J., concurred in by Williams and Corbett, JJ.